**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk



December 6, 2007

Office of the Clerk
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

| | |
|---|---|
| Case Name: | US-v-Vallejo |
| Case Number: | 3-07-70721 MEJ |
| Charges: | 21:846 and 841 |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge James. The following action has been taken:

( )  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)  The defendant has a court appearance in your court on: 12/19/2007

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office